UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA MARIE LACEY,<br><br>Defendant. | CASE NO. CR 04-358 P<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 5, 2005. The United States was represented by Robert Westinghouse for Susan Roe. The defendant was represented by Carol Koller. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute Cocaine on or about February 9, 1994. The Hon. Marsha J. Pechman of this court sentenced Defendant to 135 months of confinement, followed by 5 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Monique Neal alleged that Defendant violated the conditions of supervised release in

PROPOSED FINDINGS
PAGE -1-

three respects:

 (1) Using cocaine and opiates on or about May 4, May 31, and June 7, 2005, in violation of standard condition #7;

 (2) Using cocaine on or about May 10, May 26, June 2, June 21, June 23, and July 8, 2005 in violation of standard condition #7; and

 (3) Failing to participate in substance abuse treatment, in violation of the special condition that the defendant participate as instructed by the probation office in a program for treatment of narcotic addiction or drug dependency.

At an initial hearing, I advised the defendant of these charges and of her constitutional rights. At today's hearing Defendant admitted the violations #1-3, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon. Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 9th day of August, 2005.

*(signature)*

Monica J. Benton
United States Magistrate Judge

cc: Sentencing Judge : Hon. Marsha J. Pechman
  Assistant U.S. Attorney : Robert Westinghouse and Susan Roe
  Defense Attorney : Carol Koller
  U. S. Probation Officer : Monique Neal

PROPOSED FINDINGS
PAGE -2-