01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,   )   CASE NO. CR04-358-MJP
                                 )
09        Plaintiff,             )
                                 )
10   v.                          )   SUMMARY REPORT OF U.S.
                                 )   MAGISTRATE JUDGE AS TO
11   PATRICIA MARIE LACEY,       )   ALLEGED VIOLATIONS
                                 )   OF SUPERVISED RELEASE
12        Defendant.             )
     _____ )

13

14        An evidentiary hearing on supervised release revocation in this case was scheduled before

15   me on February 3, 2006.  The United States was represented by AUSA Susan M. Roe and the

16   defendant by Carol A. Koller .  The proceedings were digitally recorded.

17        Defendant had been sentenced on or about February 9, 1994 by the Honorable William L.

18   Dwyer on a charge of Conspiracy to Distribute Cocaine, and sentenced to 135  months custody,

19   5 years supervised release.

20        The conditions of supervised release included the standard conditions plus the requirements

21   that defendant not possess any firearms, submit to search, participate in a narcotic addiction/drug

22   dependency treatment and testing program, abstain from the use of alcohol, and provide access

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 to financial information. Probation was initially transferred to the Eastern District of California in

02 February 2004.  Supervision was transferred back to this District in July 2004 and assigned to the

03 Honorable Marsha J. Pechman. (Dkt. 3).

04          On August 5, 2005, defendant admitted to violating the conditions of supervised release

05 by using cocaine and opiates, and by failing to participate in substance abuse treatment. (Dkt. 9).

06 The defendant was sentenced to sixty-three days in custody, followed by 48 months of supervised

07 release.  Previous conditions of supervised release were re-imposed, and the defendant was

08 required to participate in a drug treatment program at Pioneer Human Services. (Dkt. 12).

09          In an application dated December 8, 2005 (Dkt 13), U.S. Probation Officer Monique D.

10 Neal, alleged the following violations of the conditions of probation:

11          1.          Using Cocaine, on or before October 13, and October 21, 2005, in violation of

12 standard condition #7.

13          2.          Failing to report for drug testing as directed by the U.S. Probation Office on

14 November 18, November 22, November 29, and December 7, 2005, in violation of the special

15 condition that the defendant participate in a program approved by the probation officer for

16 treatment of narcotic addiction or drug or alcohol dependency, which may include testing and

17 examination to determine if the defendant has reverted to the use of drugs or alcohol.

18          3.          Failing to participate in substance abuse treatment, in violation of the special

19 condition that the defendant participate as instructed by the probation office in a program for

20 treatment of narcotic addiction or drug dependency.

21          Defendant was advised in full as to those charges and as to her constitutional rights.

22          Defendant admitted the alleged violations and waived any evidentiary hearing as to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  whether they occurred.

02       I therefore recommend the Court find defendant violated her supervised release as alleged,

03  and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be

04  set before Judge Pechman.

05       Pending a final determination by the Court, defendant has been detained.

06       DATED this _3rd_ day of _February_, 2006.

07

08                                    Mary Alice Theiler
                                       United States Magistrate Judge

09

10

11

12  cc:     District Judge:          Honorable Marsha J. Pechman
            AUSA:                    Susan M. Roe
13          Defendant's attorney:    Carol A. Koller
            Probation officer:       Monique D. Neal

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3