UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-358-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| PATRICIA MARIE LACEY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 22, 2007. The United States was represented by AUSA Lisca Borichewski and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 9, 1994 by the Honorable William L. Dwyer on a charge of Conspiracy to Distribute Cocaine, and sentenced to 135 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing any firearms, submit to search, participate in drug treatment, abstain from alcohol, and provide access to financial information. (Dkt.3, page 10.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

Supervision was transferred to the Eastern District of California on December 18, 2003. (Dkt. 3, page 3. *See also* CR93-605 WD.) It was transferred back to this District on August 10, 2004. (Dkt. 1.)

On March 7, 2005, defendant's probation officer reported that defendant tested positive for cocaine. Defendant was reprimanded, placed in a structured testing program, referred for professional assessment, counseling and intensive outpatient treatment, and no further action was taken at the time. (Dkt. 4.)

On August 5, 2005, defendant admitted to violating the conditions of supervision by using cocaine and failing to participate in substance abuse counseling. (Dkt. 9.) Defendant was remanded to custody for sixty-three days, with credit for time served. Supervised release of 48 months was imposed on the original conditions, plus the requirement that defendant participate in a mental health program. (Dkt. 12.)

On February 3, 2006, defendant admitted to violating the conditions of supervision by using cocaine, failing to report for drug testing, and failing to participate in substance abuse treatment. (Dkt. 19.) Defendant was remanded to custody for sixty-three days, with credit for time served. The same conditions of supervised release were re-imposed. Defendant was required to complete the 60 day in-patient treatment program at Pioneer Center North. (Dkt. 22.)

On December 20, 2006, defendant's probation officer reported that defendant had used cocaine and alcohol in violation of the conditions of supervised release. Defendant was reprimanded, the frequency of testing was increased, and defendant was referred for professional assessment, counseling and intensive outpatient treatment. (Dkt. 23.) No further action was taken at the time.

In an application dated April 27, 2007 (Dkt. 24 ), U.S. Probation Officer Michael R. Markham alleged the following violations of the conditions of supervised release:

1.  Using cocaine on or about November 22, 2006, in violation of standard condition #7.

2.  Using cocaine on or about April 18, 2007, in violation of standard condition #7.

3.  Using cocaine on or about April 20, 2007, in violation of standard condition #7.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 28.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been released on the conditions of supervised release.

DATED this 22nd day of May, 2007.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:          Honorable Marsha J. Pechman
     AUSA:                    Lisca Borichewski
     Defendant's attorney:    Carol Koller
     Probation officer:       Michael R. Markham